1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10  DAVID V. PATKINS,                    )   CASE NO. CV 07-1124 DMG (FFM)
                                        )
11              Petitioner,             )   ORDER ADOPTING FINDINGS,
                                        )   CONCLUSIONS AND
12         v.                           )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13  RICHARD J. SUBIA, Warden,           )
                                        )
14              Respondent.             )
    _____ )

15

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17  action, the attached Report and Recommendation of United States Magistrate Judge

18  ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19  and adopts the findings of fact, conclusions of law, and recommendations contained in

20  the Report after having made a *de novo* determination of the portions to which

21  objections were directed.

22         IT IS ORDERED that judgment be entered denying the Petition on the merits with

23  prejudice.

24

25  DATED:  September 14, 2011

26                                         _____
                                                      DOLLY M. GEE
27                                              United States District Judge

28