UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DAVID V. PATKINS, | ) | CASE NO. CV 07-1124 DMG (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| RICHARD J. SUBIA, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 14, 2011

_____
DOLLY M. GEE
United States District Judge